| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDRAS FARKAS, Bar #254302 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | RUDOLFO AVILA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:13-CR-00062 AWI-BAM-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) MOTION HEARING; REQUEST |
| v. | ) FOR MOTION BRIEFING SCHEDULE; |
| | ) AND ORDER THEREON |
| RUDOLFO AVILA, | ) |
| | ) Date: July 22, 2013 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, Counsel for Defendant RUDOLFO AVILA, that the date for the Motion Hearing in this matter may be continued from July 8, 2013 to **July 22, 2013.**

This continuance is requested by counsel for defendant to allow additional time for receipt and review of additional records. It is also requested that a new motion briefing schedule may be established to allow for the filing of motions after receipt of the records. **It is requested that the motion shall be filed by June 17, 2013, that any response shall be filed by July 8, 2013, and that any replies shall be filed by July 15, 2013. The motion shall be heard on July 22, 2013, at 10:00 a.m.**

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 3, 2013   By  /s/ Laurel J. Montoya
LAUREL JACKSON MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 3, 2013   By /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorneys for Defendant
RUDOLFO AVILA

**ORDER**

IT IS SO ORDERED.

Dated:   June 4, 2013

SENIOR DISTRICT JUDGE

Stipulation to Continue Motions
Hearing; [Proposed] Order Thereon                    2