HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RUDOLFO AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>RUDOLFO AVILA,<br><br>    *Defendant.* | NO. 1:13-CR-00062 AWI-BAM-1<br><br>**STIPULATION TO CONTINUE MOTION HEARING; REQUEST FOR MOTION BRIEFING SCHEDULE; AND ORDER THEREON**<br><br>Date: July 29, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, Counsel for Defendant RUDOLFO AVILA, that the date for the Motion Hearing in this matter may be continued from July 22, 2013 to **July 29, 2013.**

This continuance is requested by counsel for defendant to allow for receipt and review of possible additional documents from the government. It is also requested that a new motion briefing schedule may be established to allow for the filing of motions after receipt of the records. **It is requested that the motion shall be filed by July 1, 2013, that any response shall be filed by July 22, 2013 any replies shall be filed by July 25, 2013. The motion shall be heard on July 29, 2013, at 10:00 a.m.**

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 17, 2013       By   /s/ Laurel J. Montoya
                                LAUREL JACKSON MONTOYA
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: June17, 2013        By  /s/ Andras Farkas
                               ANDRAS FARKAS
                               Assistant Federal Defender
                               Attorneys for Defendant
                               RUDOLFO AVILA

**ORDER**

IT IS SO ORDERED.

Dated:   June 18, 2013
                                        _____
                                        SENIOR  DISTRICT  JUDGE